FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) CRIMINAL NO. 21- 691 JCH |
| vs. | ) 18 U.S.C. §§ 1153 and 1111: |
| | ) Second Degree Murder. |
| **MATHIAS ELLIOTT NEAL**, a/k/a **MATHIS NEAL**, | ) |
| Defendant. | ) |

I N F O R M A T I O N

The United States Attorney charges:

On or about July 12, 2015, in Indian Country, in San Juan County, in the District of New Mexico, the defendant, **MATHIAS ELLIOTT NEAL**, **a/k/a MATHIS NEAL**, an Indian, unlawfully killed John Doe with malice aforethought.

In violation of 18 U.S.C. §§ 1153, 1111.

FRED J. FEDERICI
Acting United States Attorney

*[signature]*
NOVALINE D. WILSON
Assistant United States Attorney
P.O. Box 607
Albuquerque, New Mexico  87103
(505) 224-1419