*Rev. October 3, 2016*

# PLEA MINUTE SHEET
## IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEW MEXICO (AT ALBUQUERQUE)

| CR 21-691 JCH | UNITED STATES vs. NEAL |
|---|---|

### Before The Honorable Laura Fashing, United States Magistrate Judge

| Hearing Date: | 6/03/2021 | Time In and Out: | 12:48-1:32 |
|---|---|---|---|
| Clerk: | N. Maestas | Digital Recording: | ABQ-Hondo |
| Defendant: | Mathias Elliott Neal | Defendant's Counsel: | Donald Kochersberger |

| AUSA: | Rumaldo Armijo | Interpreter: | N/A | ☐ Sworn |
|---|---|---|---|---|
| | | | | ☐ Waived |

| | |
|---|---|
| ☒ Defendant Sworn | ☒ First Appearance |

| | |
|---|---|
| ☒ | Consent to proceed before a magistrate judge executed with full knowledge of meaning and effect. |
| ☒ | Deft acknowledges receipt of: **Information** |
| ☒ | If Deft proceeding by way of information, Deft acknowledges right to an indictment and waives that right. |
| ☒ | Terms and conditions of proposed plea agreement explained.    ☐ Defendant indicates understanding of its terms. |
| ☒ | Factual predicate to sustain the plea provided. |
| ☒ | Deft questioned re Deft's age, education, physical/mental condition, and whether under the influence of alcohol, drugs, or any medication.  Deft advised of charge(s), penalties and possible consequences of the plea. |
| ☒ | Deft advised of constitutional rights, loss of rights, and maximum possible penalties (including imprisonment, fine, supervised release, probation, SPA, restitution, and any forfeitures). |
| ☒ | Deft questioned re time to consult with attorney and if satisfied with his or her representation. |
| ☒ | Court finds Deft fully understands charge(s) and the consequences of entering a guilty plea to that charge (or those charges). |
| ☒ | Deft pleads GUILTY to: **Information** |
| ☒ | Allocution by Deft on elements of charge(s). |
| ☒ | Court finds plea freely, voluntarily, and intelligently made; plea of guilty accepted. |
| ☒ | Deft adjudged guilty. |
| ☒ | Acceptance of plea agreement deferred until final disposition hearing by district judge. |
| ☒ | Sentencing Date: **to be notified** |
| ☒ | Defendant to Remain in Custody |
| ☐ | Present conditions of release continued    ☐ Conditions changed to: |
| ☐ | Penalty for failure to appear explained |
| ☒ | Presentence Report Ordered    ☐ Expedited (Type III) |

Other Matters:  Court inquires as to why this hearing should be held at this time; Defense counsel and Government respond; Court makes findings as to why this hearing was held at this time; Defendant waives personal presence at hearing; Court accepts Defendant's waiver; Victim's sister addresses Court and Defendant